JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jwa Hyun | ) | 2:19-cv-01125-RSWL-MRWx |
| Plaintiff, | ) | |
| v. | ) | |
| KimAXIA Management, Inc., et al | ) | **ORDER DISMISSING CASE** |
| | ) | |
| Defendant. | ) | |

On May 15, 2019, the Court ordered counsel to Show Cause ("OSC") why this action should not be dismissed for failure to file the proof of service of summons and complaint. To date, counsel has not complied with this order. On May 17, 2019, counsel misfiled a response to an OSC for another action. Nevertheless, no action has taken place in this action since May 17, 2019.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 15, 2020            s/ RONALD S.W. LEW
                                 HONORABLE RONALD S. W. LEW
                                 U.S. District Judge

1